FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, November 19, 2014

JOHN EDWARD HALL
Allred Unit - TDC # 1608233
2101 FM 369 North
Iowa Park, TX 76367

**Re:** HALL, JOHN EDWARD
**CCA No.** WR-82,314-01                             **COA No.** 05-09-01368-CR
**Trial Court Case No.** W08-63139-W (A)

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   5th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Attorney Dallas County (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)